DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

DENNIS L. FLOYD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1303

————————————————

September 24, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Hillsborough County; Michael S. Williams, Judge.

PER CURIAM.

Affirmed. *See Jones v. State*, 569 So. 2d 1234 (Fla. 1990).

CASANUEVA, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.